**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WALKER DIGITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION, INC.,<br>ACTIVISION PUBLISHING, INC.,<br>ACTIVISION BLIZZARD, INC.,<br>BLIZZARD ENTERTAINMENT, INC., and<br>ZYNGA, INC.,<br><br>Defendants. | x<br>:<br>:<br>:<br>:<br>:<br>x | C.A. No. 11- 004-GMS<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties and subject to the approval of the Court, that the time for Defendant Zynga, Inc. to answer, move or otherwise respond to Plaintiff Walker Digital, LLC's Complaint for Patent Infringement is extended to and including February 25, 2011 in order to allow Defendant time to associate with Delaware counsel. No party will be prejudiced by this brief extension.

By: */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. #405)
Kenneth L. Dorsney (I.D. #3726)
Mary B. Matterer (I.D. #2696)
Amy A. Quinlan (I.D. #3021)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
*Attorneys for Plaintiff*
*Walker Digital, LLC*

By: */s/ Renée Lawson*
Renée Lawson
Associate General Counsel
ZYNGA INC.
444 De Haro, Suite 132
San Francisco, CA 94107
(415) 317-1286
rlawson@zynga.com

*Attorneys for Defendant*
*Zynga, Inc.*

**SO ORDERED** on this ________ day of ________, 2011.

________________________________
United States District Judge