**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION, INC., ACTIVISION PUBLISHING, INC., ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., and ZYNGA, INC.,<br><br>Defendants. | C.A. No. 11-004-GMS<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties and subject to the approval of the Court, that the time for Defendants Activision, Inc., Activision Publishing, Inc., Activision Blizzard, Inc., and Blizzard Entertainment, Inc. ("Activision") to answer, move or otherwise respond to Plaintiff Walker Digital, LLC's Complaint for Patent Infringement is extended to and including February 25, 2011 in order to allow Defendants time to associate with Delaware counsel. No party will be prejudiced by this brief extension.

Dated: January 26, 2011

By: *_/s/ Richard K. Herrmann_*
Richard K. Herrmann (I.D. #405)
Kenneth L. Dorsney (I.D. #3726)
Mary B. Matterer (I.D. #2696)
Amy A. Quinlan (I.D. #3021)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
*Attorneys for Plaintiff*
*Walker Digital, LLC*

By: *_/s/ Mary A. Tuck_*
Mary A. Tuck
ACTIVISION PUBLISHING, INC.
3100 Ocean Park Blvd.
Santa Monica, CA 90405
(310) 255-2746
Mary.Tuck@activision.com
*Attorneys for Defendants,*
*Activision, Inc.,*
*Activision Publishing, Inc.,*
*Activision Blizzard, Inc., and*
*Blizzard Entertainment, Inc.*

**SO ORDERED** on this ________ day of ________, 2011.

______________________________
United States District Judge