IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 11-004 (GMS) |
| ACTIVISION, INC., ACTIVISION PUBLISHING, INC., ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC. and ZYNGA, INC., | ) ) ) ) ) ) |
| Defendants. | ) |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Defendants to move, answer or otherwise respond to the Complaint is extended until March 17, 2011. The reason for this request is that Defendants have retained counsel in the last few days and require additional time to analyze and respond to the Complaint. No scheduling order has been entered and this extension will not delay the case.

| MORRIS JAMES LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Richard K. Herrmann* | */s/ Jack B. Blumenfeld* |
| Richard K. Herrmann (#405) | Jack B. Blumenfeld (#1014) |
| Mary B. Matterer (#2696) | 1201 North Market Street |
| Amy A. Quinlan (#3021) | P.O. Box 1347 |
| Kenneth L. Dorsney (#3726) | Wilmington, DE 1 9899 |
| 500 Delaware Avenue – Suite 1500 | (302) 658-9200 |
| Wilmington, DE 19801 | jblumenfeld@mnat.com |
| (302) 888-6800 | |
| rherrmann@morrisjames.com | *Attorneys for Defendants* |
| mmatterer@morrisjames.com | |
| aquinlan@morrisjames.com | |
| kdorsney@morrisjames.com | |

*Attorneys for Plaintiff*

SO ORDERED this _____ day of February, 2011.

_____
Chief Judge