IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALKER DIGITAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-004 (GMS) |
| | ) | |
| ACTIVISION, INC., ACTIVISION PUBLISHING, INC., ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC. and ZYNGA, INC., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ZYNGA INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Zynga Inc. states that it has no parent corporation and no publicly held corporation that owns 10% or more of its public stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 1 9899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendants*

OF COUNSEL:

Patrick A. Lujin
B. Trent Webb
Megan J. Redmond
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6550

March 17, 2011
4142314

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Richard K. Herrmann, Esquire
>Kenneth L. Dorsney, Esquire
>Mary B. Matterer, Esquire
>Amy A. Quinlan, Esquire
>MORRIS JAMES LLP

I further certify that I caused copies of the foregoing document to be served on March 17, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Kenneth L. Dorsney, Esquire<br>Mary B. Matterer, Esquire<br>Amy A. Quinlan, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Karen H. Bromberg, Esquire<br>Sandra C. McCallion, Esquire<br>Francisco A. Villegas, Esquire<br>Damir Cefo, Esquire<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>21st Floor<br>New York, NY 10022 | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)