IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-004 (GMS) |
| | ) |
| ACTIVISION, INC., ACTIVISION PUBLISHING, INC., ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC. and ZYNGA, INC., | ) |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT OF BLIZZARD ENTERTAINMENT, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Blizzard Entertainment, Inc. states that Vivendi, SA is the parent corporation and beneficial owner of more than 10% of Blizzard Entertainment, Inc.'s common stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 1 9899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendants*

OF COUNSEL:

Patrick A. Lujin
B. Trent Webb
Megan J. Redmond
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6550

March 17, 2011
4142314

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard K. Herrmann, Esquire
> Kenneth L. Dorsney, Esquire
> Mary B. Matterer, Esquire
> Amy A. Quinlan, Esquire
> MORRIS JAMES LLP

I further certify that I caused copies of the foregoing document to be served on March 17, 2011, upon the following in the manner indicated:

Richard K. Herrmann, Esquire                                          *VIA ELECTRONIC MAIL*
Kenneth L. Dorsney, Esquire
Mary B. Matterer, Esquire
Amy A. Quinlan, Esquire
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

Karen H. Bromberg, Esquire                                            *VIA ELECTRONIC MAIL*
Sandra C. McCallion, Esquire
Francisco A. Villegas, Esquire
Damir Cefo, Esquire
COHEN & GRESSER LLP
800 Third Avenue
21st Floor
New York, NY  10022

_____
Jack B. Blumenfeld (#1014)