IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALKER DIGITAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-004 (GMS) |
| | ) | |
| ACTIVISION, INC., ACTIVISION | ) | |
| PUBLISHING, INC., ACTIVISION | ) | |
| BLIZZARD, INC., BLIZZARD | ) | |
| ENTERTAINMENT, INC. and ZYNGA, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT OF ACTIVISION BLIZZARD, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Activision Blizzard, Inc. hereby makes the following disclosure:

1.      There is no parent corporation of Activision Blizzard, Inc.

2.      VGAC, LLC, which is owned by Vivendi Games Acquisition Company, is the beneficial owner of more than 10% of Activision Blizzard, Inc.'s common stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 1 9899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendants*

OF COUNSEL:

Patrick A. Lujin
B. Trent Webb
Megan J. Redmond
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108
(816) 474-6550

March 17, 2011
4142314

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2011, I caused the foregoing to be

electronically filed with the Clerk of the Court using CM/ECF, which will send notification of

such filing to:

> Richard K. Herrmann, Esquire
> Kenneth L. Dorsney, Esquire
> Mary B. Matterer, Esquire
> Amy A. Quinlan, Esquire
> MORRIS JAMES LLP

I further certify that I caused copies of the foregoing document to be served on

March 17, 2011, upon the following in the manner indicated:

Richard K. Herrmann, Esquire                        *VIA ELECTRONIC MAIL*
Kenneth L. Dorsney, Esquire
Mary B. Matterer, Esquire
Amy A. Quinlan, Esquire
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

Karen H. Bromberg, Esquire                          *VIA ELECTRONIC MAIL*
Sandra C. McCallion, Esquire
Francisco A. Villegas, Esquire
Damir Cefo, Esquire
COHEN & GRESSER LLP
800 Third Avenue
21st Floor
New York, NY  10022

_____
Jack B. Blumenfeld (#1014)