UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

——————————————————————— x
:
WALKER DIGITAL, LLC, :
:
:
Plaintiff, : Civil Action No. 1:11-CV-00004 (GMS)
:
v. :
: JURY TRIAL DEMANDED
ACTIVISION, INC., :
ACTIVISION PUBLISHING, INC., :
ACTIVISION BLIZZARD, INC., :
BLIZZARD ENTERTAINMENT, INC., and :
ZYNGA, INC. :
:
Defendants. :
——————————————————————— x

## ANSWER TO COUNTERCLAIMS

Plaintiff-Counterclaim-Defendant, Walker Digital, LLC ("Walker Digital"), by and through its undersigned counsel, as and for its Answer to the Counterclaims of Defendant-Counterclaim-Plaintiff Zynga Inc. ("Zynga"), states as follows:

## THE PARTIES

1. Walker Digital lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 1 of the Counterclaims.

2. Admitted that Walker Digital is a limited liability company organized under the laws of the State of Delaware with its principal place of business at 2 High Ridge Park, Stamford, Connecticut 06905.

## JURISDICTION AND VENUE

3. Admitted.

4. Admitted.

## FIRST COUNTERCLAIM
### (Declaratory Judgment of Non-Infringement)

5. Walker Digital incorporates paragraphs 1-40 of the Complaint and paragraphs 1-6 and the Affirmative Defense of this Answer as though fully set forth herein.

6. Admitted.

7. Denied.

8. Admitted.

9. Denied.

## SECOND COUNTERCLAIM
### (Declaratory Judgment of Invalidity)

10. Walker Digital incorporates paragraphs 1-40 of the Complaint and paragraphs 1-6 and the Affirmative Defense of this Answer as though fully set forth herein.

11. Denied.

12. Paragraph 12 contains legal conclusions to which no response is required.

13. Denied.

## PRAYER FOR RELIEF

Walker Digital denies that Zynga is entitled to any relief, including injunctive relief, requested in its Prayer for Relief or any other relief.

## AFFIRMATIVE DEFENSES

Walker Digital asserts the following defense and reserves the right to amend its Answer as new information becomes available. The listing of any defense below shall not be construed as an admission that Walker Digital bears the burden of proof as to such defense:

## AFFIRMATIVE DEFENSE

The Counterclaims fail to state a claim upon which relief may be granted.

## **PRAYER FOR RELIEF**

WHEREFORE, Walker Digital demands the following relief:

(i) Judgment in favor of Walker Digital;

(ii) Judgment dismissing Zynga's Counterclaims with prejudice;

(iii) Such other and further relief as the Court deems just and equitable.

Dated: April 11, 2011

*/s/Richard K. Herrmann*
Richard K. Herrmann (#405)
Kenneth L. Dorsney (#3726)
Mary B. Matterer (#2696)
Amy A. Quinlan (#3021)
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800

**COHEN & GRESSER LLP**
Sandra C. McCallion
Francisco A. Villegas
Damir Cefo
Evan M. Rosenbaum
800 Third Avenue
New York, New York 10022
(212) 957-7600

*Attorneys for Plaintiff Walker Digital, LLC*