**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| WALKER DIGITAL, LLC, | :  |
|     Plaintiff, | : |
|     v. | : |
| ACTIVISION, INC., | : Civil Action No. 1:11-cv-00004-GMS |
| ACTIVISION PUBLISHING, INC., | : |
| ACTIVISION BLIZZARD, INC., | : |
| BLIZZARD ENTERTAINMENT, INC., and | : |
| ZYNGA, INC., | : |
|     Defendants. | : |

---

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Amy A. Quinlan is hereby withdrawn as counsel of record for Walker Digital, LCC ("Walker"). Walker continues to be represented by the law firms of Morris James LLP and Cohen & Gresser LLP.

Dated: May 11, 2011

>   /s/Richard K. Herrmann
>   Richard K. Herrmann (#405)
>   Mary B. Matterer (#2696)
>   500 Delaware Avenue, Suite 1500
>   Wilmington, Delaware 19801
>   (302) 888-6800
>   rherrmann@morrisjames.com
>   mmatterer@morrisjames.com
>
>   *Attorneys for Walker Digital, LLC*