IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-004 (GMS) |
| | ) |
| ACTIVISION, INC., ACTIVISION PUBLISHING, INC., ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC. and ZYNGA, INC., | ) |
| | ) |
| Defendants. | ) |

**AMENDED CORPORATE DISCLOSURE STATEMENT OF <u>ACTIVISION PUBLISHING, INC.</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Activision Publishing, inc. hereby makes the following disclosure:

1. Activision Blizzard, Inc. is the parent corporation of Activision Publishing, Inc.

2. VGAC, LLC, which is owned by Vivendi Games Acquisition Company, is the beneficial owner of more than 10% of Activision Blizzard, Inc.'s common stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 1 9899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
*Attorneys for Defendants*

OF COUNSEL:

Patrick A. Lujin
B. Trent Webb
Megan J. Redmond
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108
(816) 474-6550

May 27, 2011

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard K. Herrmann, Esquire
> Kenneth L. Dorsney, Esquire
> Mary B. Matterer, Esquire
> MORRIS JAMES LLP

I further certify that I caused copies of the foregoing document to be served on May 27, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Kenneth L. Dorsney, Esquire<br>Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Karen H. Bromberg, Esquire<br>Sandra C. McCallion, Esquire<br>Francisco A. Villegas, Esquire<br>Damir Cefo, Esquire<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>21st Floor<br>New York, NY  10022 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)