## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>ACTIVISION, INC.,<br>ACTIVISION PUBLISHING, INC.,<br>ACTIVISION BLIZZARD, INC.,<br>BLIZZARD ENTERTAINMENT, INC., and<br>ZYNGA, INC.,<br><br>        Defendants. | Civil Action No. 11-004-GMS |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Evan Rosenbaum is hereby withdrawn as counsel of record for Walker Digital, LCC ("Walker"). Walker continues to be represented by the law firms of Morris James LLP and Cohen & Gresser LLP.

Dated: March 8, 2012

*/s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Walker Digital, LLC*