**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
:
WALKER DIGITAL, LLC,                                             :
:
                 Plaintiff,                :
:
      v.                                                         :   C.A. No. 11-004-RGA
:
ACTIVISION, INC.,                                                :
ACTIVISION PUBLISHING, INC.,                                     :   **JURY TRIAL DEMANDED**
ACTIVISION BLIZZARD, INC.,                                       :
BLIZZARD ENTERTAINMENT, INC., and                                :
ZYNGA, INC.,                                                     :
:
                 Defendants.               :
---------------------------------------------------------------- x

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Walker Digital, LLC, and defendants Activision, Inc., Activision Publishing, Inc., Activision Blizzard, Inc., Blizzard Entertainment, Inc. and Zynga, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims asserted by plaintiff WITH PREJUDICE with each party to bear its own costs, expenses and attorneys' fees.

Dated: March 23, 2012

By:   */s/ Richard K. Herrmann*
    Richard K. Herrmann (I.D. #405)
    Mary B. Matterer (I.D. #2696)
    Kenneth L. Dorsney (I.D. #3726)
    MORRIS JAMES LLP
    500 Delaware Avenue, Suite 1500
    Wilmington, DE 19801
    (302) 888-6800
    rherrmann@morrisjames.com

    *Attorneys for Plaintiff*
    *Walker Digital, LLC*

By:   */s/ Jack B. Blumenfeld*
    Jack B. Blumenfeld (I.D. #1014)
    MORRIS, NICHOLS, ARSHT & TUNNELL LLP
    1201 North Market Street
    Wilmington, DE 19899
    (302) 658-9200
    jblumenfeld@mnat.com

    *Attorneys for Defendants*
    *Activision, Inc.,*
    *Activision Publishing, Inc.,*
    *Activision Blizzard, Inc.,*
    *Blizzard Entertainment, Inc.,*
    *and Zynga, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

---

WALKER DIGITAL, LLC,

           Plaintiff,

           v.

ACTIVISION, INC.,
ACTIVISION PUBLISHING, INC.,
ACTIVISION BLIZZARD, INC.,
BLIZZARD ENTERTAINMENT, INC., and
ZYNGA, INC.,

           Defendants.

C.A. No. 11-004-RGA

**JURY TRIAL DEMANDED**

---

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted by Plaintiff, Walker Digital, LLC, against defendants, Activision, Inc., Activision Publishing, Inc., Activision Blizzard, Inc., Blizzard Entertainment, Inc. and Zynga, Inc., and the Court being of the opinion that said Motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by plaintiff, Walker Digital, LLC, against defendants, Activision, Inc., Activision Publishing, Inc., Activision Blizzard, Inc., Blizzard Entertainment, Inc. and Zynga, Inc., are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

                                                                                                                  United States District Judge