IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

————————————————————— x
:
WALKER DIGITAL, LLC, :
:
        Plaintiff, :
:
   v. : C.A. No. 11-004-RGA
:
ACTIVISION, INC., :
ACTIVISION PUBLISHING, INC., : **JURY TRIAL DEMANDED**
ACTIVISION BLIZZARD, INC., :
BLIZZARD ENTERTAINMENT, INC., and :
ZYNGA, INC., :
:
        Defendants. :
————————————————————— x

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted by Plaintiff, Walker Digital, LLC, against defendants, Activision, Inc., Activision Publishing, Inc., Activision Blizzard, Inc., Blizzard Entertainment, Inc. and Zynga, Inc., and the Court being of the opinion that said Motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by plaintiff, Walker Digital, LLC, against defendants, Activision, Inc., Activision Publishing, Inc., Activision Blizzard, Inc., Blizzard Entertainment, Inc. and Zynga, Inc., are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

*[signature]*
United States District Judge 3/26/12